JILL H. COFFMAN (NY Bar 2307098)
CHRISTY J. KWON (CA Bar 217186)
CARMEN LEÓN (CA Bar 249981)
National Labor Relations Board
Region 20
901 Market Street, Suite 400
San Francisco, California 94103
Telephone: (415) 356-5130/356-5176
Facsimile: (415) 356-5156
Email: carmen.leon@nlrb.gov

Attorneys for Applicant


ROBERT HULTENG, SBN 071293
rhulteng@littler.com
LAUREN MEYERHOLZ, SBN 294518
lmeyerholz@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone:   415.433.1940

Attorneys for Defendant
UBER TECHNOLOGIES, INC.


# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>　　　　　　　Applicant,<br><br>　　v.<br><br>UBER TECHNOLOGIES, INC.<br><br><br><br>　　　　　　　Respondent. | Civ. No. 4:16-MC-80057-KAW<br><br>**JOINT STIPULATION TO SHORTEN OR ENLARGE TIME** |

1  Pursuant to Civil Local Rules 6-1, there being no date already fixed by this Court for a hearing on this matter, Petitioner and Respondent, by its counsel, stipulate for the filing of Respondent's Opposition to Application For Order Requiring Obedience To Subpoena *Ad Testificandum* and Subpoena *Duces Tecum*; Applicant's Reply to the Opposition; and the hearing in this matter as follows:

(1) Respondent's Opposition may be filed with the Court no later than March 21, 2016;

(2) Applicant's Reply may be filed with the Court no later than March 28, 2016; and

(3) Hearing held by the Court on March 31, 2016, 11 a.m., at Oakland Courthouse, 1301 Clay Street, Oakland, CA 94612.

_____  Date: 3/4/16
Carmen Leon
Counsel for Applicant
NATIONAL LABOR RELATIONS BOARD

_____  Date: March 4, 2016
Robert Hulteng
Counsel for Respondent
UBER TECHNOLOGIES, INC.

IT IS SO ORDERED:

_____
United States Magistrate Judge