JILL H. COFFMAN (NY Bar 2307098)
CHRISTY J. KWON (CA Bar 217186)
CARMEN LEÓN (CA Bar 249981)
National Labor Relations Board
Region 20
901 Market Street, Suite 400
San Francisco, California 94103
Telephone: (415) 356-5130/356-5176
Facsimile: (415) 356-5156
Email: carmen.leon@nlrb.gov

Attorneys for Applicant

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, <br><br> Applicant, <br><br> v. <br><br> UBER TECHNOLOGIES, INC. <br><br><br> Respondent. | Civ. No. 4:16-MC-80057-KAW <br><br> **STIPULATION FOR SHORTENING AND ENLARGING TIME** <br> `& Order (as modified by the Court)` |

Pursuant to Civil Local Rules 6-1, there being no date already fixed by this Court for a hearing on this matter, Petitioner and Respondent, by its counsel, stipulate for the filing of Respondent's Opposition to Application For Order Requiring Obedience To Subpoena *Ad Testificandum* and Subpoena *Duces Tecum*; Applicant's Reply to the Opposition; and the hearing in this matter as follows:

(1) Respondent's Opposition may be filed with the Court no later than March 21, 2016;

1  (2) Applicant's Reply may be filed with the Court no later than March 28, 2016; and

2  (3) Hearing held by the Court on ~~March 31~~ May 19, 2016, 11 a.m., at Oakland Courthouse,

3  1301 Clay Street, Oakland, CA 94612.

/s/ Carmen Leon          Date:  3/6/16
Carmen Leon
Counsel for Applicant
NATIONAL LABOR RELATIONS BOARD

/s/ Robert Hulteng       Date:  3/6/16
Robert Hulteng
Counsel for Respondent
UBER TECHNOLOGIES, INC.

IT IS SO ORDERED:

*Kandis Westmore*
United States Magistrate Judge

Joint Stipulation to Shorten/Enlarge Time                Page 2