ROBERT G. HULTENG, Bar No. 071293
rhulteng@littler.com
ELIZABETH PARRY, Bar No. 163841
mparry@littler.com
LAUREN E. MEYERHOLZ, Bar No. 294518
lmeyerholz@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, California 94104
Telephone:  415.433.1940
Facsimile:   415.399.8490

Attorneys for Respondent
UBER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>Applicant,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Respondent. | Case No.  16-MC-80057-KAW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MOVE HEARING DATE FOR NLRB'S APPLICATION FOR ORDER REQUIRING OBEDIENCE TO SUBPOENA *AD TESTIFICANDUM* AND SUBPOENA *DUCES TECUM* FROM JUNE 16, 2016 TO JULY 7, 2016** |

Applicant NATIONAL LABOR RELATIONS BOARD and Respondent UBER TECHNOLOGIES INC., by and through their respective counsel, jointly stipulate, subject to the Court's approval, to move the hearing date on the NLRB's Application for Order Requiring Obedience to Subpoena *Ad Testificandum* and Subpoena *Duces Tecum*, set to be heard on June 16, 2016, at 11:00 a.m., at 1301 Clay Street, Oakland, CA 94612, to July 7, 2016 at 11:00 a.m., at 1301 Clay Street, Oakland, CA 94612.

IT IS SO STIPULATED.

Dated: May 27, 2016

Respectfully submitted,

CHRISTY KWON
~~CARMEN LEON~~

Attorneys for Applicant
NATIONAL LABOR RELATIONS BOARD

Dated: May 27, 2016

Respectfully submitted,

ROBERT G. HULTENG
LITTLER MENDELSON, P.C.

Attorneys for Respondent
UBER TECHNOLOGIES, INC.

### ORDER

Pursuant to Joint Stipulation by the Parties, the hearing on the NLRB's Application for Order Requiring Obedience to Subpoena *Ad Testificandum* and Subpoena *Duces Tecum*, set to be heard on June 16, 2016, at 11:00 a.m., at 1301 Clay Street, Oakland, CA 94612, is hereby continued to July 7, 2016 at 11:00 a.m., at 1301 Clay Street, Oakland, CA 94612, before United States Magistrate Judge Kandis A. Westmore.

IT IS SO ORDERED.

5/27/16

HON. MAG. KANDIS A. WESTMORE