ROBERT G. HULTENG, Bar No. 071293
rhulteng@littler.com
ELIZABETH PARRY, Bar No. 163841
mparry@littler.com
LAUREN E. MEYERHOLZ, Bar No. 294518
lmeyerholz@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, California 94104
Telephone:  415.433.1940
Facsimile:  415.399.8490

Attorneys for Respondent
UBER TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>Applicant,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Respondent. | Case No. 4:16-MC-80057-KAW<br><br>**RESPONDENT UBER TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION TO STAY NLRB'S APPLICATION FOR ORDER REQUIRING OBEDIENCE TO SUBPOENAS**<br><br>Date:   August 18, 2016<br>Time:  11:00 a.m.<br>Judge: Hon. Mag. Kandis A. Westmore<br>Ctrm:  1301 Clay Street, Oakland CA 94612 |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

(NO.4:16-MC-80057-KAW)

NOTICE OF MOTION & MOTION TO STAY NLRB'S APPLICATION

TO APPLICANT AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on, August 18, 2016 at 11:00 a.m. in the Law & Motion Department of this Court, located at 1301 Clay Street, Oakland, California, Respondent UBER TECHNOLOGIES, INC. ("Respondent") will move to stay APPLICANT THE NATIONAL LABOR RELATIONS BOARD's ("Applicant") Application for Order Requiring Obedience to Subpoenas.

This motion is based on the grounds that a class action case entitled *O'Connor et al v. Uber Technologies, Inc.* (Case No. CV13-03826-EMC) is simultaneously pending in this Court before Judge Chen, that action has reached the preliminary approval stage and the proposed class action settlement stands to entirely eliminate the unfair labor practice charges upon which the Applicant's enforcement action is based. As such, to avoid both prejudice to Respondent and the unnecessary waste of judicial resources, Respondent respectfully requests that this Court exercise its discretion to temporarily stay the instant action pending approval of the *O'Connor* settlement.

The motion will be based upon this notice of motion and motion and upon Respondent's memorandum of points and authorities, Respondent's request for judicial notice and the declaration of Robert G. Hulteng filed herewith, the pleadings and papers filed herein, and any other matters considered by the Court.

Dated: July 5, 2016

ROBERT G. HULTENG
LITTLER MENDELSON, P.C.
Attorneys for Respondent
UBER TECHNOLOGIES, INC.

Firmwide:141312574.1 073208.1114

(NO.4:16-MC-80057-KAW)  2.  NOTICE OF MOTION & MOTION TO STAY NLRB'S APPLICATION

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940