UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>    Applicant,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>    Respondent. | Case No. 16-mc-80057-SK<br><br>**ORDER CLOSING CASE**<br><br>Regarding Docket No. 83 |

The parties to this action have advised the Court that Respondent Uber Technologies, Inc., has moved to dismiss its appeal from the Court's order on the motion to alter judgment (Dkt. 64) in this case. (Dkt. 83.) The Ninth Circuit has granted Respondent's motion to dismiss, and the parties have jointly stipulated that the instant case be closed. Accordingly, the Court ORDERS that the case is closed. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: March 25, 2019

SALLIE KIM
United States Magistrate Judge